■ In the Matter of JEROME J. LEVINE, Appellant, v BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Respondents.—In a proceeding pursuant to CPLR article 78 to review a determination of respondent Anker, made June 25, 1973, which, after a hearing, discontinued petitioner's services as a probationary high school teacher, petitioner appeals from a judgment of the Supreme Court, Kings County, dated December 4, 1973, which, *inter alia,* denied the application and dismissed the proceeding. Judgment reversed, on the law, without costs, and matter remanded to respondent Anker for further proceedings pursuant to the provisions of section 105a of the by-laws of respondent Board of Education of the City of New York (see *Matter of Ambrose v Community School Bd. No. 30,* 48 AD2d 654). We have examined the other points raised by petitioner on this appeal and find them to be without merit (see *Matter of Ambrose v Community School Bd. No. 30, supra; Matter of Spellens v Community School Bd. No. 19,* 48 AD2d 658; *Matter of Brown v Board of Educ. of City of N. Y.,* 42 AD2d 702). Gulotta, P. J., Rabin, Martuscello, Latham and Shapiro, JJ., concur.

■ In the Matter of MICHAEL M. (Anonymous), Appellant.—Order of the Family Court, Kings County, dated October 29, 1974, affirmed, without costs. The record in this case amply justifies the determination of the Family Court. Hopkins, Acting P. J., Cohalan, Christ, Brennan and Munder, JJ., concur.

■ In the Matter of JOHN McGOVERN, Petitioner, v NEW YORK CITY TRANSIT AUTHORITY et al., Respondents.—Proceeding dismissed on the merits and the respondent transit authority's determination, dated February 7, 1974, confirmed, without costs. The dismissal of petitioner from his position of transit patrolman was neither arbitrary nor capricious. Gulotta, P. J., Rabin, Martuscello, Latham and Shapiro, JJ., concur.

■ In the Matter of 99 LAFAYETTE REALTY Co., Appellant, v TAX COMMISSION OF THE CITY OF NEW YORK et al., Respondents.—The respective attorneys for the parties to this proceeding have, on this appeal from a judgment of the Supreme Court, Kings County, entered May 16, 1975, entered into a written stipulation, dated August 27, 1975, after a conference in this court on July 24, 1975, agreeing that the judgment be modified in a specified manner. In accordance with the foregoing, the judgment is hereby modified by further reducing the assessments for the property in question as follows: (1) For the tax years 1972/1973 and 1973/1974 the building assessment is reduced to $210,000 and the total assessment is reduced to $285,000; (2) For the tax year 1974/1975 the building assessment is reduced to $205,000 and the total assessment is reduced to $280,000. As so modified, judgment affirmed, without costs. Gulotta, P. J., Rabin, Hopkins, Martuscello and Latham, JJ., concur.